# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARIN-ANDRES GERARDO,

        v.

STATE OF WASHINGTON, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5163 RBL/KLS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim.

| July 6, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                             *s/ Mary Trent*
                                             Deputy Clerk